UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LAMAR BROWN, on behalf of himself and all others similarly situated,

               Plaintiffs,

               v.

Newbury Comics, Inc.,

               Defendant.

Case no. 1:23-cv-1505-LJL

### JOINT STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Lamar Brown and Defendant Newbury Comics Inc., by their respective undersigned counsel, hereby stipulate and agree to the voluntary dismissal of all claims in the above-captioned action.

This voluntary dismissal is WITH PREJUDICE, with each party to bear his/its own attorneys' fees, costs, and expenses, and this case shall now be marked by the Clerk of the Court as dismissed with prejudice.

Dated: __June 24__, 2023

By: /s/ *Mars Khaimov*
**MARS KHAIMOV LAW, PLLC**
*Counsel for Plaintiff Lamar Brown*

Mars Khaimov, Esq.
10826 64th Avenue,
Second Floor
Forest Hills, New York 11375
Telephone: 929.324.0717
Email: marskhaimovlaw@gmail.com

Respectfully submitted,

By: /s/ Carol C. Lumpkin
**K&L GATES LLP**
*Counsel for Defendant Newbury Comics Inc.*

Carol C. Lumpkin, Esq.
(Admitted Pro Hac Vice)
Southeast Financial Center
200 S. Biscayne Boulevard, Suite 3900
Miami, Florida 33131-2399
Telephone:   305.539.3300
Facsimile:   305.358.7095
Email: carol.lumpkin@klgates.com

Dated:

Date: 6/28/2023

_____
United States District Court Judge
Honorable Lewis J. Liman